IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROGER REEVES,                   )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )        2:13cv337-MHT
                                )            (WO)
CAROLYN W. COLVIN,              )
Commissioner of Social          )
Security,                       )
                                )
    Defendant.                  )
```

JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The unopposed motion to reverse and remand (doc. no. 16) is granted.

(2) The decision of defendant Acting Commissioner of Social Security is reversed and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against defendant Acting Commissioner of Social Security, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of December, 2013.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE